No. 269.   PORTELLI *v.* NEW YORK; and

No. 270.   ROSENBERG *v.* NEW YORK.   Ct. App. N. Y. Certiorari denied.   *William Sonenshine* for petitioner in No. 269.   *Maurice Edelbaum* for petitioner in No. 270. *Aaron E. Koota* and *Aaron Nussbaum* for respondent in both cases.   Reported below: 15 N. Y. 2d 235, 205 N. E. 2d 857.

No. 565.   MONROE AUTO EQUIPMENT CO. *v.* FEDERAL TRADE COMMISSION.   C. A. 7th Cir.   Certiorari denied. *Harold T. Halfpenny* and *Mary M. Shaw* for petitioner. *James McI. Henderson* and *Thomas F. Howder* for respondent.   *Solicitor General Marshall* and *Assistant Attorney General Turner* for the United States, as *amicus curiae.*

No. 661.   FIELD ENTERPRISES, INC. *v.* UNITED STATES. Ct. Cl.   Certiorari denied.   *James B. Lewis* and *Alan N. Cohen* for petitioner.   *Solicitor General Marshall, Acting Assistant Attorney General Roberts, I. Henry Kutz* and *David D. Rosenstein* for the United States.

No. 766.   PARADA-GONZALEZ *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *Allen S. Stim* and *Albert Felix* for petitioner.   *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 775.   GREEN, DBA JIM GREEN'S TRUCKING CO. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.   *Thomas S. Tobin* for petitioner.   *Mary Moran Pajalich* for respondent.